

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRAVIS FRYE,

    Plaintiff,

v.                              Civil Action No. 3:18CV326

MEDICAL DEPARTMENT/QUIDWAI,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 1, 2018, the Court conditionally docketed the action. At that time, the Court directed Travis Frye to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Frye that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Frye has not complied with the order of this Court. Frye failed to return the consent to collection of fees form. As a result, he does not qualify for <u>in forma pauperis</u> status. Furthermore, he has not paid the statutory filing fee for the instant action. <u>See</u> 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Frye.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: July 19, 2018
Richmond, Virginia